In the Matter of the Claim of CATHERINE O'BRIEN, Respondent, against FLINN-O'ROURKE Co., INC., Appellant.

STATE INDUSTRIAL COMMISSION, Respondent.

*Matter of O'Brien* v. *Flinn-O'Rourke Co., Inc.,* 179 App. Div. 949, affirmed.

(Submitted January 7, 1918; decided January 22, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 2, 1917, affirming an award of the state industrial commission made under the Workmen's Compensation Law. An award was made both to the mother and father of a deceased employee. The appeal is from the award to the mother and is based upon the following facts: Michael O'Brien, father, and Catherine O'Brien, mother,

of deceased, were living together at the time of the death of James O'Brien, appellant's employee. There were several children living at home, including said James O'Brien, at the time of his death. At that time the father was working and was receiving two dollars a day. There was another son, who paid the rent of the home. There were also two daughters at home, each of whom paid to her parents four dollars a week. And also there was the deceased son, James O'Brien, who contributed fourteen or fifteen dollars a week and lived at home. Appellant contended that these facts did not justify the conclusion that Catherine O'Brien was dependent upon her deceased son at the time of his death.

*Edward M. Grout* and *James F. McKinney* for appellant.

*Merton E. Lewis, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.